JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS LEONEL XOTOY,<br><br>        Petitioner,<br><br>v.<br><br>PATRICK COVELLO,<br><br>        Respondent. | Case No. 2:22-cv-09431-HDV (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to Deny Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2254 is denied and that this action is dismissed with prejudice.

DATED: 6/16/25

                                      HERNAN D. VERA
                                      United States District Judge